# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ARDALE PERCY CLARK,

      Petitioner,

v.                                          Case No. 18-13195

J. A. TERRIS,

      Respondent.

_____/

## JUDGMENT

Pursuant to the court's "Opinion and Order Dismissing Petition for a Writ Of Habeas Corpus," dated February 7, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent J.A. Terris and against Petitioner Ardale Percy Clark. Dated at Port Huron, Michigan this 7th day of February, 2019.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Lisa Wagner

Dated:   February 7, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 7, 2019, by electronic and/or ordinary mail.

                              s/Lisa Wagner                         /
                              Case Manager and Deputy Clerk
                              (810) 292-6522